**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1538**

TIMOTHY OMAR HANKINS, SR.,

Plaintiff - Appellant,

v.

THE STATE OF NORTH CAROLINA; DAVID R. SHEARON; SARDIA MARIE
HANKINS; TRUCPHUONG NGUYEN; ANGUS NGUYEN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Wilmington.  James C. Dever III, District Judge.  (7:18-cv-00061-D)

Submitted:  August 22, 2019                    Decided:  August 26, 2019

Before KING and RICHARDSON, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Timothy Omar Hankins, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Omar Hankins, Sr., appeals the district court's order denying his motion to reopen his 42 U.S.C. § 1983 (2012) action and denying his request for mandamus relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hankins v. North Carolina*, No. 7:18-cv-00061-D (E.D.N.C. May 10, 2019). We deny Hankins' motion to recuse any judge who has been admitted to the North Carolina bar. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
